UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YUSUF TAREEK STROUD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV490(JCH) |
| ) | |
| ST. LOUIS CITY JUSTICE CENTER, ) | |
| UNKNOWN SAPP, ) | |
| UNKNOWN BURT, ) | |
| UNKNOWN UNION, ) | |
| THE CHIEF OF SECURITY, and ) | |
| GENE STUBBLEFIELD, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL
## PURSUANT TO
## 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 29th day of August, 2007.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**